UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In Re  MTN 51** | ) |
| | ) Case No. 09-42751-705 |
| KENNETH & RITA CURRINGTON, | ) HONORABLE CHARLES E. RENDLEN, III |
| | ) Chapter 7 |
| Debtors. | ) |

## ORDER

At St. Louis, Missouri, in said District, this 20th day of April, 2011.

The Motion of David A. Sosne, Trustee herein, for an Order allowing the turnover of funds not claimed by creditor Suntrust Bank into the Registry of the Court having been filed and presented, the Court being duly advised, and it appearing to the in the best interest of the estate that said Motion be granted,

IT IS THEREFORE ORDERED that Trustee pay into the Registry of the Court the amount of the dividend, Four Thousand Seven Hundred Four Dollars and Seven Cents ($4,704.07).

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

DATED:  April 20, 2011
St. Louis, Missouri
spt

cc:

David A. Sosne, Trustee
8909 Ladue Road
St. Louis, Missouri  63124

United States Trustee
111 S. 10th Street, #6353
St. Louis, Missouri 63102

09-42751-705  #51.doc